No. D–430. IN RE DISBARMENT OF LEVINSON. It is ordered that Robert Charles Levinson, of Indianapolis, Ind., be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.